Fernando NAVARRO *v.* STATE of Arkansas

CR 06-549                                          237 S.W.3d 461

Supreme Court of Arkansas
Opinion delivered June 22, 2006

*Cristi Beaumont,* for appellant.

No response.

PER CURIAM. ■ Cristi Beaumont, a full-time state-salaried public defender for the Fourth Judicial District, was appointed by the trial court to represent Appellant Fernando Navarro. Beaumont petitions this court to be relieved as counsel on appeal based on this court's holding in *Rushing v. State,* 340 Ark. 84, 8 S.W.3d 489 (2000), which states that full-time, state-salaried public defenders are ineligible for compensation for their work on appeal. Since *Rushing,* the General Assembly passed Ark. Code Ann. § 19-4-1604(b)(2)(B) (Supp. 2005), which states:

> A person employed as [a] full-time public defender who is not provided a state-funded secretary may also seek compensation for appellate work from the Supreme Court or the Court of Appeals.

Beaumont did not state in her motion whether she employs a state-funded secretary. Therefore, Beaumont's motion to be relieved as counsel is denied without prejudice.